UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **LAPICTETUS AUSHAW COLEMAN** | ) ) ) |
| vs. | ) Case No. 5:12-CV-8010-VEH-HGD ) |
| **UNITED STATES OF AMERICA** | ) |

## MEMORANDUM OPINION

On March 9, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On March 16, 2012, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby **ADOPTS** the report of the magistrate judge. The court further **ACCEPTS** the recommendations of the magistrate judge that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**DONE** this the 29th day of March, 2012.

                                                                       _____
**VIRGINIA EMERSON HOPKINS**
United States District Judge